UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CINDY L. EVANS,                              )
                                             )
                    Plaintiff,               )
                                             )          **JUDGMENT IN A CIVIL CASE**
          v.                                 )
                                             )          **CASE NO. 7:18-CV-138-D**
ANDREW M. SAUL, Commissioner of Social       )
Security,                                    )
                    Defendant.               )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion
for judgment on the pleadings [D.E. 12], GRANTS defendant's motion for judgment on the
pleadings [D.E. 15], AFFIRMS defendant's final decision, OVERRULES plaintiff's
objections to the M&E [D.E. 19], and DISMISSES this action.

**This Judgment Filed and Entered on September 11, 2019, and Copies To:**
Laurie Lynn Janus                            (via CM/ECF electronic notification)
Leah F. Golshani                             (via CM/ECF electronic notification)

DATE:                                  PETER A. MOORE, JR., CLERK
September 11, 2019                      (By) /s/ Nicole Sellers
                                        Deputy Clerk